Lee **HUGHLETT**, Plaintiff–Appellant,

v.

**OGLEBAY NORTON MARINE SERVICES COMPANY, LLC,** Defendant–Appellee.

No. 07–3466.

United States Court of Appeals, Sixth Circuit.

Dec. 7, 2007.

Before MERRITT, COLE and GRIFFIN, Circuit Judges.

### ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

It is **ORDERED** that the judgment of the district court be, and it hereby is, affirmed upon the opinion of the district court.